**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 04-6476**

───────────────

LEE ANTHONY FISHER,

                                     Petitioner - Appellant,

      versus

BOBBY SHEARIN,

                                     Respondent - Appellee.

───────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Alexander Williams, Jr., District Judge. (CA-03-2975-8-AW)

───────────────

Submitted: August 4, 2004           Decided: August 27, 2004

───────────────

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Lee Anthony Fisher, Appellant Pro Se. Thomas Michael DiBiagio, United States Attorney, Baltimore, Maryland; Matthew Wayne Mellady, UNITED STATES DEPARTMENT OF JUSTICE, Annapolis Junction, Maryland, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lee Anthony Fisher, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Fisher v. Shearin, No. CA-03-2975-8-AW (D. Md. Jan. 23, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED